**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IPA TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>DISH NETWORK CORP., and DISH NETWORK L.L.C.,<br><br>Defendants. | C.A. No. 1:16-cv-01170-RGA<br><br>**JURY TRIAL DEMANDED** |

**<u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

The plaintiff IPA Technologies Inc. ("IPA") and defendants DISH Network Corp. and DISH Network L.L.C. (collectively, "Dish") pursuant to Fed. R. Civ. P. 41(a)(ii) and (c), hereby stipulate to dismissal of this action including all claims and counterclaims pending between them, WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

BAYARD, P.A.

/s/ *Sara E. Bussiere*
Stephen B. Brauerman (No. 4952)
Sara E. Bussiere (No. 5725)
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, Delaware 19899
(302) 655-5000
sbrauerman@bayardlaw.com
sbussiere@bayardlaw.com

Of Counsel:

Paul J. Skiermont
Sarah E. Spires
Steven W. Hartsell
Sadaf R. Abdullah
Alexander E. Gasser
Christopher M. Hodge
SKIERMONT DERBY LLP
1601 Elm St. Ste. 4400
Dallas, TX 75201
(214) 978-6600
pskiermont@skiermontderby.com
sspires@skiermontderby.com
shartsell@skiermontderby.com
sabdullah@skiermontderby.com
agasser@skiermontderby.com
chodge@skiermontderby.com

Mieke K. Malmberg
SKIERMONT DERBY LLP
800 Wilshire Blvd. Ste. 1450
Los Angeles, CA 90017
mmalmberg@skiermontderby.com

*Attorneys for Plaintiff IPA Technologies, Inc.*

MORRIS, NICHOLS, ARSHT &TUNNELL LLP

/s/ *Rodger D. Smith II*
Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

Of Counsel:

G. Hopkins Guy III
BAKER BOTTS LLP
1001 Page Mill Road Building One, Suite 200
Palo Alto, CA 94304-1007
(415) 248-5313

Ali Dhanani
BAKER BOTTS LLP
One Shell Plaza 910 Louisiana Street
Houston, TX 77002-4995
(713) 229-1234

Jamie R. Lynn
BAKER BOTTS LLP
The Warner
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
(202) 639-7786

*Attorneys for Defendants DISH Network Corporation and DISH Network L.L.C.*

Dated: April 9, 2018